IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03359-CMA-MJW

MARCUS LESSARD,

Plaintiff,

v.

TRACI CRAVITZ, *in her individual and official capacities*,
BOULDER POLICE DEPARTMENT, *a municipality*,
BOULDER DISTRICT ATTORNEY'S OFFICE, *a municipality*,
NATASHA ANDERSON, *f/k/a Natasha Young, in her individual and official capacities*,
KAREN LORENZ, *in her individual and official capacities*,
KAREN PETERS, *in her individual and official capacities*,
STEVEN LOUTH, *a private party in conspiracy with Boulder DA's Office Defendants*,
LIZ LAFEMINA, *a private party in conspiracy with Boulder Police Department Defendants*,
KERRY YAMAGUCHI, *in his individual and official capacities*,
JOHN DOE #1, *in his/her individual and official capacities*,
JOHN DOE #2, *in his/her individual and official capacities*,
LAEL MONTGOMERY, *in her individual and official capacities*,
THOMAS J. B. REED, *in his individual and official capacities*,
G. MULVANEY, *in his/her individual and official capacities*,
LUCY BATTON, *in her individual and official capacities*,
GORDON BROWN, *in his individual and official capacities*,
CASSANDRA HENRIKSON, *in her individual and official capacities*,
ERICA SOLANO, *in her individual and official capacities*,
JANE HARMER, *in her individual and official capacities*,
GORDON COOMBES, *in his individual and official capacities*,
MAGGIE GREEN, *in her individual and official capacities*,
MARK HUSMANN, *in his individual and official capacities*,
MARCI LIEBERMAN, *in her individual and official capacities*, and
DONNA TEAGUE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Emergency Motion for Leave to Serve a Protected Party (Docket No. 13) is DENIED WITHOUT PREJUDICE.  The Court agrees

with the Boulder County Defendants' proposal to delay service until a later point in time. Accordingly, it is further ORDERED that:

- Plaintiff shall not serve Defendant Liz Lafemina until further order of the court; and

- Plaintiff may renew this motion after the Scheduling Conference and Show Cause Hearing on March 2, 2015, at 1:30 p.m.

Date: February 3, 2015