IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03359-CMA-MJW

MARCUS LESSARD,

Plaintiff,

v.

TRACI CRAVITZ, *in her individual and official capacities*,
BOULDER POLICE DEPARTMENT, *a municipality*,
BOULDER DISTRICT ATTORNEY'S OFFICE, *a municipality*,
NATASHA ANDERSON, *f/k/a Natasha Young, in her individual and official capacities*,
KAREN LORENZ, *in her individual and official capacities*,
KAREN PETERS, *in her individual and official capacities*,
STEVEN LOUTH, *a private party in conspiracy with Boulder DA's Office Defendants*,
LIZ LAFEMINA, *a private party in conspiracy with Boulder Police Department Defendants*,
KERRY YAMAGUCHI, *in his individual and official capacities*,
JOHN DOE #1,  *in his/her individual and official capacities*,
JOHN DOE #2, *in his/her individual and official capacities*,
LAEL MONTGOMERY, *in her individual and official capacities*,
THOMAS J. B. REED, *in his individual and official capacities*,
G. MULVANEY, *in his/her individual and official capacities*,
LUCY BATTON, *in her individual and official capacities*,
GORDON BROWN, *in his individual and official capacities*,
CASSANDRA HENRIKSON, *in her individual and official capacities*,
ERICA SOLANO, *in her individual and official capacities*,
JANE HARMER, *in her individual and official capacities*,
GORDON COOMBES, *in his individual and official capacities*,
MAGGIE GREEN, *in her individual and official capacities*,
MARK HUSMANN, *in his individual and official capacities*,
MARCI LIEBERMAN, *in her individual and official capacities*,
DONNA TEAGUE, *in her individual and official capacities*,
TIM JOHNSON, *in his individual and official capacities*, and
STAN GARNETT, *in his individual and official capacities*,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Boulder County Defendants' Unopposed Motion to Exceed Page Limitation Pursuant to Civ. Practice Standard 10.1(c)(1) **(Docket No. 42)** is **GRANTED**.  The moving Defendants may file a motion to dismiss of 21 pages.

It is further ORDERED that Plaintiff's Emergency Motion for an Extension of Time and Page Length Extension **(Docket No. 43)** is **GRANTED**.  Plaintiff may file his response to Defendant Louth's motion to dismiss on or before March 10, 2015, and may file a response of 11 pages.

Date: March 4, 2015