IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03359-CMA-MJW

MARCUS LESSARD,

Plaintiff,

v.

TRACI CRAVITZ, *in her individual and official capacities*,
BOULDER POLICE DEPARTMENT*, a municipality*,
BOULDER DISTRICT ATTORNEY'S OFFICE, *a municipality*,
NATASHA ANDERSON, *f/k/a Natasha Young, in her individual and official capacities*,
KAREN LORENZ, *in her individual and official capacities*,
KAREN PETERS, *in her individual and official capacities*,
STEVEN LOUTH, *a private party in conspiracy with Boulder DA's Office Defendants*,
LIZ LAFEMINA, *a private party in conspiracy with Boulder Police Department Defendants*,
KERRY YAMAGUCHI, *in his individual and official capacities*,
JOHN DOE #1, *in his/her individual and official capacities*,
JOHN DOE #2, *in his/her individual and official capacities*,
LAEL MONTGOMERY, *in her individual and official capacities*,
THOMAS J. B. REED, *in his individual and official capacities*,
G. MULVANEY, *in his/her individual and official capacities*,
LUCY BATTON, *in her individual and official capacities*,
GORDON BROWN, *in his individual and official capacities*,
CASSANDRA HENRIKSON, *in her individual and official capacities*,
ERICA SOLANO, *in her individual and official capacities*,
JANE HARMER, *in her individual and official capacities*,
GORDON COOMBES, *in his individual and official capacities*,
MAGGIE GREEN, *in her individual and official capacities*,
MARK HUSMANN, *in his individual and official capacities*,
MARCI LIEBERMAN, *in her individual and official capacities*,
DONNA TEAGUE, *in her individual and official capacities*,
TIM JOHNSON, *in his individual and official capacities*, and
STAN GARNETT, *in his individual and official capacities*,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

2

It is hereby ORDERED that:

- Plaintiff's Motion for Leave to File Second Supplemental Complaint Pursuant to Rule 15(d) **(Docket No. 112) is DENIED** for the reasons set forth in the Court's April 21, 2015 Minute Order (Docket No. 82);

- Plaintiff's Unopposed Motion for Page Length Extension **(Docket No. 114) is GRANTED**. Plaintiff may file a response to Defendant Louth's motion to dismiss (Docket No. 110) of up to 21 pages; and

- Plaintiff's Motion for an Extension of Time **(Docket No. 115) is GRANTED** as follows. Plaintiff may have up to and including July 13, 2015, to file responses to all pending motions to dismiss other than Defendant Louth's --*i.e.*, to file responses to the Judicial Defendants' Motion to Dismiss (Docket No. 106), the City Defendants' Motion to Dismiss (Docket No. 108), and the County Defendant's Motion to Dismiss (Docket No. 107).

Date: June 15, 2015