**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03359-CMA-MJW

MARCUS LESSARD,

    Plaintiff,

v.

TRACI CRAVITZ, in her individual and official capacities,
BOULDER POLICE DEPARTMENT,
BOULDER DISTRICT ATTORNEY'S OFFICE,
NATASHA ANDERSON, f/k/a NATASHA YOUNG, in her individual and official capacities,
KAREN LORENZ, in her individual and official capacities,
KAREN PETERS, in her individual and official capacities,
STEVEN LOUTH,
LIZ LAFEMINA,
KERRY YAMAGUCHI, in his individual and official capacities,
LAEL MONTGOMERY, in her individual and official capacities,
THOMAS J. B. REED, in his individual and official capacities,
G. MULVANEY, in his/her individual and official capacities,
LUCY BATTON, in her individual and official capacities,
GORDON BROWN, in his individual and official capacities,
CASSANDRA HENRIKSON, in her individual and official capacities,
ERICA SOLANO, in her individual and official capacities,
JANE HARMER, in her individual and official capacities,
GORDON COOMBES, in his individual and official capacities,
MAGGIE GREEN, in her individual and official capacities,
MARK HUSMANN, in his individual and official capacities,
MARCI LIEBERMAN, in her individual and official capacities,
DONNA TEAGUE, in her individual and official capacities,
TIM JOHNSON, in his individual and official capacities,
STANLEY L. GARNETT, in his individual and official capacities,
CITY OF BOULDER,
COUNTY OF BOULDER, and
GREG TESTA, in his official capacity,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming the September 8, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on December 10, 2015, it is

ORDERED that Plaintiff's objection (Doc. # 167) is OVERRULED.  It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge Watanabe (Doc. #156) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that the Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) by Defendants Lael Montgomery and Thomas Reed (Doc. # 106) is GRANTED.  It is

FURTHER ORDERED that the Boulder County Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and First Supplemental Complaint (Doc. # 107) is GRANTED.  It is

FURTHER ORDERED that the Defendants City of Boulder, Boulder Police Department, Greg Testa, Traci Cravitz, Kerry Yamaguchi, G. Mulvaney, Lucy Batton,Gordon Brown, Cassandra Henrikson, and Erica Solano's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. # 108) is GRANTED.  It is

FURTHER ORDERED that Defendant Steve Louth's Renewed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 110) is GRANTED.  It is

FURTHER ORDERED that Defendant Liz LaFemina's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 140) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Second Amended Complaint and Supplement

(Doc. ## 83 & 84) is DISMISSED WITH PREJUDICE, that this case is DISMISSED in its entirety. It is

FURTHER ORDERED that Defendants shall have their costs by filing a Bill of Costs with the Clerk of the Court no later than 14 days after the entry of judgment, and all parties shall bear their own attorney fees.

DATED December 10, 2015

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

                By:  s/  V. Barnes

                    V. Barnes
                    Deputy Clerk